This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**VIRGIL CLAUDE,**

     **Plaintiff,**

v.                               **No. 32,602**

**THI OF NEW MEXICO AT ALBUQUERQUE, LLC, D/B/A SPECIALITY HOSPITAL OF ALBUQUERQUE, HEALTHSOUTH REHABILITATION HOSPITAL OF NEW MEXICO, LTD., D/B/A HEALTHSOUTH REHABILITATION HOSPITAL, THE FOUR HUMOURS HEALTHCARE, LLC and LISA S. NOYA BURNETT, M.D.,**

     Third-Party Plaintiffs/Appellants,

v.

**WILLIAM MCCONNELL, M.D., LLC,**

     Third-Party Defendant/Appellee.

**APPEAL FROM THE DISTRICT COURT OF McKINLEY COUNTY**
**John A. Dean, Jr., District Judge**

Rodey, Dickason, Sloan, Akin & Robb, P.A.
R. Nelson Franse
Edward Ricco

Stephen R. Marshall
Albuquerque, NM

for Third-Party Plaintiffs/Appellants

Butt, Thornton & Baehr
W. Ann Maggiore
Albuquerque, NM

for Third-Party Defendant/Appellee

## MEMORANDUM OPINION

**VANZI, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}     AFFIRMED.

{3}     **IT IS SO ORDERED.**

_____
                    **LINDA M. VANZI, Judge**

**WE CONCUR:**


_____
**MICHAEL D. BUSTAMANTE, Judge**



_____
**MICHAEL E. VIGIL, Judge**